UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LONNIE YOUMANS,<br>                              Defendant. | ORDER OF CONTINUANCE<br><br>25 Mag. 1414 |

      Upon the application of the United States of America and the affirmation of REYHAN WATSON, Assistant United States Attorney, it is found that LONNIE YOUMANS, the defendant, was charged with violations of 18 U.S.C. §§ 2251(a)(e), and 2252A(a)(2)(B), (a)(5)(B), (b)(1), in a complaint dated April 29, 2025, and was arrested on April 29, 2025;

      It is further found that the defendant was presented before Magistrate Judith C. McCarthy on April 29, 2025, and the defendant was detained.

      It is further found that Elizabeth Quinn, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

      It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **June 25, 2025.**

Dated: White Plains, New York
       May 28, 2025

_____
UNITED STATES MAGISTRATE JUDGE