UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                      **2ND ORDER OF CONTINUANCE**
          -against-                                                    25 Mag. 1414

LONNIE YOUMANS,

                                  Defendant.

-----------------------------------------------------------------X

       Adjourned to July 23, 2025 by Judith C. McCarthy United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: June 25, 2025
       White Plains, New York

                                                                   SO ORDERED:

                                                                   _____
                                                                   JUDITH C. McCARTHY
                                                                   United States Magistrate Judge