UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                **4TH ORDER OF CONTINUANCE**

-against-                                               25 Mag. 1414

LONNIE YOUMANS,

                                     Defendant.
-------------------------------------------------------------X

Adjourned to September 17, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: August 20, 2025
       White Plains, New York

SO ORDERED:

_____
ANDREW E. KRAUSE
United States Magistrate Judge