UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | AFFIRMATION |
| LONNIE YOUMANS, | 25 Mag. 1414 |
| Defendant. | |

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        : ss.:
SOUTHERN DISTRICT OF NEW YORK )

REYHAN WATSON, under penalty of perjury, hereby affirms as follows:

1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a fifth order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

LONNIE YOUMANS, the defendant, was charged with violations of 18 U.S.C.§§ 2251(a)(e), and 2252A(a)(2)(B), (a)(5)(B), (b)(1), in a complaint dated April 29, 2025. The defendant was presented before Magistrate Judge Judith C. McCarthy on April 29, 2025, and the defendant was detained.

2. Elizabeth Quinn, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

3. On September 13, 2025, Ms. Quinn, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

4. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

5. Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2025.

_____
REYHAN WATSON
Assistant United States Attorney