UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

-v-

LONNIE YOUMANS,

                    Defendant.
-------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7TH OR SUBSEQUENT
ORDER OF CONTINUANCE AND
9th ORDER OF CONTINUANCE

25 Mag. 1414

    The United States of America and the defendant jointly request and agree that the time period from **01/07/2026** to **02/04/2026** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7).

    LONNIE YOUMANS, the defendant, was charged with violations of 18 U.S.C.§§ 2251(a)(e), and 2252A(a)(2)(B), (a)(5)(B), (b)(1), in a complaint dated April 29, 2025. The defendant was presented before Magistrate Judge Judith C. McCarthy on April 29, 2025, and the defendant was detained.

    Elizabeth Quinn, Esq., of the Federal Defenders, attorney for the defendant, has been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. Specifically, on December 1, 2025, the defendant submitted a mitigation submission for the Government's review. The Government is currently reviewing that submission. The parties therefore submit that there is good cause for an additional exclusion of time.

    By the following signatures we agree and consent to the exclusion of time noted above:

_[signature]_  1/6/26                         _[signature]_  1/6/26
Defendant's Counsel       Date              Assistant U.S. Attorney    Date
Elizabeth Quinn, Esq.                       Reyhan Watson

    The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act.   The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time

(excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above.   The defendant consents and agrees to the above request.

| | |
|---|---|
| /s/ Lonnie Youmans | 1/6/26 |
| Defendant | Date |
| LONNIE YOUMANS | |

    The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **01/07/2026** to **02/04/2026** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above.  The Court further orders: __N/A__.

Dated: 1/7/26
White Plains, New York

SO ORDERED

United States Magistrate Judge